# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0466
Lower Tribunal No. 2024-CC-000308

_____

PAUL S. ALGOR,

Appellant,

v.

JPMORGAN CHASE BANK, N.A.,

Appellee.

_____

Appeal from the County Court for Highlands County.
Anthony L. Ritenour, Judge.

August 22, 2025

PER CURIAM.

AFFIRMED.   *See* Fla. R. App. P. 9.315(a).

NARDELLA, WOZNIAK and MIZE, JJ., concur.


Paul S. Algor, Lake Placid, pro se.

Carlos Cruanes, of Andreu, Palma, Lavin & Solis, PLLC, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED